UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SURY L. MENDOZA**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**NISSAN NORTH AMERICA, INC.** and **DOES 1 THROUGH 10,** inclusive, <br><br>　　　　　Defendants. | Case No. 4:22-cv-04862-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

On January 5, 2024, parties filed a notice that settlement has been reached in this action and that they intended to file a joint stipulation to dismiss after resolution of a motion on attorneys' fees and expenses. (Dkt. No. 28.)

Parties did not timely file such a motion in accordance with this Court's prior order. (*See* Dkt. No. 29.) Given the lack of motion and in light of the above-refenced notice, this matter is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, by no later than **May 3, 2024**, that the case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: February 14, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**